UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

RICKY PARNELL,

        Plaintiff,          No. 2:16-cv-2692 MCE KJN P

vs.

BOTKIN, et al.,

        Defendants.          **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

        /

    Ricky Parnell, inmate G-37311, a necessary and material witness in proceedings in this case on November 1, 2017, is confined in California State Prison, Solano, P.O. Box 4000, Vacaville, CA 95696-4000, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Kendall J. Newman, to appear by video-conferencing at California State Prison, Solano, on November 1, 2017, at 9:00 a.m.

    ACCORDINGLY, IT IS ORDERED that:

    1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

    2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of California State Prison, Solano, P.O. Box 4000, Vacaville, CA 95696-4000:**

    **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

    **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: 08/02/17

                                            */s/ Kendall J. Newman*
                                            KENDALL J. NEWMAN
                                            UNITED STATES MAGISTRATE JUDGE

/parn2697.841vc