UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY PARNELL, | No. 2:16-cv-2692 MCE KJN P |
| Plaintiff, | |
| v. | ORDER AND FINDINGS AND RECOMMENDATIONS |
| BOTKINS, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel. The undersigned held a settlement conference on November 1, 2017, but the case did not settle. Thus, the ADR pilot project stay is lifted, and defendants Botkins, Jensen, and Muhammad shall file a responsive pleading within thirty days from the date of this order.

By order filed March 24, 2017, plaintiff's claims against defendants Dr. Chin and Dr. Win were dismissed. Plaintiff was granted leave to proceed as to his claims against the remaining defendants, or to opt to amend his complaint within thirty days. More than thirty days have now passed, and plaintiff has not filed an amended complaint. Thus, defendants Dr. Chin and Dr. Win should be dismissed from this action without prejudice.[1]

---

[1] The undersigned reiterates that in addition to failing to allege facts stating a cognizable Eighth Amendment claim against the doctors, such claims are based on incidents that occurred in 2016, and are unrelated to plaintiff's claims against the remaining defendants based on incidents that took place in 2015. (ECF No. 6 at 4-5.)

1

Accordingly, IT IS HEREBY ORDERED that:

1. The stay of this action is lifted;

2. Defendants Botkins, Jensen, and Muhammad shall file a responsive pleading within thirty days from the date of this order; and

IT IS RECOMMENDED that defendants Dr. Chin and Dr. Win be dismissed from this action without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: November 2, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/parn2692.56.lft